IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-88-WKW |
| | ) | |
| IVORY VERNELL NEVELS | ) | |

## ORDER

On December 6, 2013, the Magistrate Judge filed a Recommendation in this case. (Doc. # 35.) On December 20, 2013, Defendant Ivory Vernell Nevels filed objections. (Doc. # 36.) The Government responded on January 14, 2014. (Doc. # 38.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit, and the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Mr. Nevels's objections (Doc. # 36) are OVERRULED;

2. The Recommendation (Doc. # 35) is ADOPTED;

3. Mr. Nevels's motion to suppress evidence (Doc. # 15) is DENIED.

DONE this 23rd day of January, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE